83 F. 1020

### ALASKA GOLD & SILVER MIN. CO. v. BRADY.

No. 272.

Circuit Court of Appeals, Ninth Circuit.

Jan. 3, 1898.

Lorenzo S. B. Sawyer, for plaintiff in error.

R. C. Harrison, for defendant in error.

Dismissed.

83 F. 1022

### MATHUS et al. v. CARROLL.

No. 342.

Circuit Court of Appeals, Ninth Circuit.

Jan. 3, 1898.

L. S. B. Sawyer, for plaintiffs in error.

Richardson C. Harrison, for defendant in error.

Dismissed.